**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rita Bernard | Social Security number or ITIN   xxx–xx–9871 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–24181–VFP | |

## Order of Discharge                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rita Bernard

12/8/17                                                       **By the court:** Vincent F. Papalia
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                           **Chapter 13 Discharge**                                           page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 12-24181-VFP
Rita Bernard                                                  Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2           Date Rcvd: Dec 08, 2017
                              Form ID: 3180W         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db             +Rita Bernard,   37 Willow Street,   Bergenfield, NJ 07621-2216
513194516      +JP Morgan Chase Bank, N.A.,   c/o Mary Lautenbach,   201 N. Central Ave. Mail Code: AZ1-1191,
                 Phoenix, AZ 85004-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:14    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513099837      +EDI: AMEREXPR.COM Dec 08 2017 22:23:00    American Express,   PO Box 981537,
                 El Paso, TX 79998-1537
513326761       EDI: BECKLEE.COM Dec 08 2017 22:23:00    American Express Bank FSB,   c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
513159529       EDI: BANKAMER2.COM Dec 08 2017 22:23:00    FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
513099838       EDI: BANKAMER.COM Dec 08 2017 22:23:00    Bank of America/AAA,   PO Box 982238,
                 El Paso, TX 79998
513099839      +EDI: TSYS2.COM Dec 08 2017 22:23:00    Bloomingdales,   PO Box 183083,
                 Columbus, OH 43218-3083
513099840      +EDI: CAUT.COM Dec 08 2017 22:23:00    Chase Auto Finance,   PO Box 901076,
                 Fort Worth, TX 76101-2076
513099841      +EDI: CHASE.COM Dec 08 2017 22:23:00    Chase Bank USA,   PO Box 15298,
                 Wilmington, DE 19850-5298
513123395      +EDI: TSYS2.COM Dec 08 2017 22:23:00    Department Stores National Bank/Bloomingdales,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
513111625       EDI: DISCOVER.COM Dec 08 2017 22:23:00    Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
513099842      +EDI: DISCOVER.COM Dec 08 2017 22:23:00    Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
513099843      +EDI: RMSC.COM Dec 08 2017 22:23:00    GECRB/Banana Republic,   PO Box 965005,
                 Orlando, FL 32896-5005
513099844      +EDI: CITICORP.COM Dec 08 2017 22:23:00    Home Depot/Citibank,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
513482553       EDI: RESURGENT.COM Dec 08 2017 22:23:00    LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
513377299       EDI: PRA.COM Dec 08 2017 22:23:00    Portfolio Recovery Associates, LLC,   c/o Banana Republic,
                 POB 41067,   Norfolk VA 23541
513400692       EDI: PRA.COM Dec 08 2017 22:23:00    Portfolio Recovery Associates, LLC,
                 c/o Sears Charge Plus,   POB 41067,   Norfolk VA 23541
513400690       EDI: PRA.COM Dec 08 2017 22:23:00    Portfolio Recovery Associates, LLC,
                 c/o Sears Premier Card,   POB 41067,   Norfolk VA 23541
513387411       EDI: PRA.COM Dec 08 2017 22:23:00    Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
513099845      +EDI: SEARS.COM Dec 08 2017 22:23:00    Sears/ Citibank,   PO Box 6282,
                 Sioux Falls, SD 57117-6282
513099846       E-mail/Text: bknotices@conduent.com Dec 08 2017 22:36:21    US Dept of Education,
                 501 Bleecker St,   Utica, NY 13501
513397844      +EDI: WFFC.COM Dec 08 2017 22:23:00    WELLS FARGO BANK, N.A.,   Attn: Bankruptcy Dept.,
                 3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
513387953      +EDI: WFFC.COM Dec 08 2017 22:23:00    Wells Fargo Bank NA,   1 Home Campus,   MAC X2303-01A,
                 Des Moines, IA 50328-0001
513099847       EDI: WFFC.COM Dec 08 2017 22:23:00    Wells Fargo Bank NA,   PO Box 4233,   Portland, OR 97208
513099848      +EDI: WFFC.COM Dec 08 2017 22:23:00    Wells Fargo Home Mortgage,   PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513099849      ##+Zucker, Goldberg, Ackerman LLC,   PO Box 1024,   Mountainside, NJ 07092-0024
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin               Page 2 of 2             Date Rcvd: Dec 08, 2017
                              Form ID: 3180W            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:

      Andrew L. Spivack    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Evelyn  Akushie-Onyeani    on behalf of Debtor Rita  Bernard evelyn@onyeanilaw.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Michael Frederick Dingerdissen    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com

                                                                                                       TOTAL: 5